IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESMED INC., a Delaware Corporation, RESMED CORP, a Minnesota Corporation, and RESMED LTD, an Australian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FISHER & PAYKEL HEALTHCARE LIMITED, a New Zealand Corporation, FISHER & PAYKEL HEALTHCARE INC., a California Corporation, and FISHER & PAYKEL HEALTHCARE DISTRIBUTION INC., a California Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 18-cv-2040 DMS -WVG<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE**<br><br>Hon. Dana M. Sabraw |

*1*   This Court, having considered the parties' joint motion to stay the case, and
*2* for good cause shown, **HEREBY ORDERS THAT:**

*3*   1.   The motion is **GRANTED**.

*4*   2.   All claims and counterclaims in this action are now stayed pending
*5* resolution of ResMed's ITC action that was filed on August 31, 2018 and
*6* instituted by the International Trade Commission as Investigation No. 337-TA-
*7* 1134 on October 1, 2018.  Counsel shall inform the Court when the ITC action
*8* has concluded.

*9*   **IT IS SO ORDERED.**

*10*   Dated:  October 15, 2018

Hon. Dana M. Sabraw
United States District Judge